**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES; | ) | |
| MOHAMMED ABUOJAYLAH ALI ANBEES | ) | |
| FOR THE ESTATES OF ABUOJAYLAH ALI | ) | |
| MOHAMMED ANBEES, MOHANAD | ) | |
| ABUOJAYLAH ALI ANBEES, AND | ) | |
| HAMZA AMAR JUMMA BARBASH, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:23-cv-02061 |
| | ) | |
| v. | ) | |
| | ) | |
| KHALIFA HIFTER | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAVEL PRIGOZHIN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), please take notice of the withdrawal of appearance of Tanya Munson as counsel for Plaintiffs in the above captioned matter. Ms. Munson is no longer associated with the Libyan American Alliance and is unable to continue her representation of Plaintiffs. Mr. Anas Bhairi of the Libyan American Alliance will continue to represent Plaintiffs in this matter.

Dated: September 3, 2024                    Respectfully submitted,

*/s/ Tanya Munson*

Tanya Munson
D.C. Bar No. 90008883
1717 E Capitol St SE, Apt 261
Washington, DC 20003
Phone: 202-455-5044
Email: tanyarmunson@gmail.com

*Counsel for Plaintiffs*