## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2024, a copy of the forgoing was filed electronically via the Court's CM/ECF system.

/s/ Tanya Munson
Tanya Munson