**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES;) <br> MOHAMMED ABUOJAYLAH ALI ANBEES ) <br> FOR THE ESTATES OF ABUOJAYLAH ALI ) <br> MOHAMMED ANBEES, MOHANAD ) <br> ABUOJAYLAH ALI ANBEES, AND ) <br> HAMZA AMAR JUMMA BARBASH ) <br> ) <br>                  Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KHALIFA HIFTER ) <br> and ) <br> PAVEL PRIGOZHIN ) <br> ) <br>                  Defendants. ) <br> ) | Case No. 1:23-cv-02061-TJK |

**PLAINTIFFS' STATUS REPORT**

The Plaintiffs filed the complaint for this case on July 18, 2023, and filed the first amended complaint on August 1, 2024, to substitute one of the Defendants following his death. The Plaintiffs have yet to successfully serve the Defendants due to the sensitive nature of this case.

As the court may appreciate, both Defendants are extremely influential in their respective countries; with Defendant Hifter being a military commander controlling large parts of Libya and Defendant Prigozhin being head of the Russian private military company, the Wagner Group. The Plaintiffs have been actively seeking local counsel to complete service of process in both countries but it has been challenging for the Plaintiffs to find local counsel to handle this matter, as potential counsel have expressed serious concerns for their safety if they were to assist in this case.

1

The Plaintiffs are currently in discussions with local counsel that may potentially agree to assist in effecting service of process of this complaint upon the Defendants. However, as service of process will likely take place through publication, it will take longer to serve the Defendants than through traditional routes. Based on advice from local counsel and experts, we will need approximately six (6) months to complete service of process in both Libya and Russia in a manner that complies with local laws. As the holiday season is approaching, the Plaintiffs respectfully request the court grant an extension up to June 30, 2025, in order to serve both Defendants in this case.


Dated: November 29, 2024                    Respectfully submitted,

                                            */s/Anas Bhairi*
                                            Anas A. Bhairi
                                            D.C. Bar No. 1614819
                                            Libyan American Alliance
                                            1800 K St NW
                                            Washington, DC 20006
                                            (202) 793-7977
                                            anas.bhairi@spectra.law


                                            Counsel for Plaintiffs

2