28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABUOJAYLAH ALI ANBEES, et al

*Plaintiff*

v.

KHALIFA HIFTER

*Defendant*

Civil Action No. 1:23-cv-02061

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)* KHALIFA HIFTER
Ar Rajmah, Libya

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anas Bhairi
Libyan American Alliance
1800 K St NW
Washington, DC 20006
(202) 455-5044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  2/4/2025

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABUOJAYLAH ALI ANBEES, et al

_____
*Plaintiff*

v.

PAVEL PRIGOZHIN

_____
*Defendant*

Civil Action No. 1:23-cv-02061

### SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*  PAVEL PRIGOZHIN
PMC Wagner Center
Saint Petersburg, Russia

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anas Bhairi
Libyan American Alliance
1800 K St NW
Washington, DC 20006
(202) 455-5044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:  2/4/2025  _____

/s/ Michele M. Grady
_____
*Signature of Clerk or Deputy Clerk*