# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Mohammed Abuojaylah Ali Anbees, et al**

    Plaintiff(s),

VS.

**Khalifa Hifter, et al**

    Defendant(s).

Attorney: Anas A. Bhairi

Libyan American Alliance
1800 K St., NW
Washington DC 20006



*335202*

**Case Number: 1:23-cv-02061-AHA**

Legal documents received on **04/29/2025** at **10:37 AM** to be served upon **Saddam Hifter at The Ritz-Carlton, 1150 23rd St., NW, Washington, DC 20037**

I, **Maxwell Cook**, swear and affirm that on **April 29, 2025** at **2:23 PM**, I did the following:

**Personally** Served **Saddam Hifter** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Second Amended Complaint** at **The Ritz-Carlton, 1150 23rd St., NW, Washington, DC 20037**.

**Description of Person Accepting Service:**
Sex: Male Age: 30-40 Height: 5ft9in-6ft0in Weight: 131-160 lbs Skin Color: Middle Eastern Hair Color: Black

**Supplemental Data Appropriate to this Service:** I spoke with a conference attendee and told him I was looking to meet with Saddam Hifter. I asked if he could point out the subject. He said I probably wouldn't be able to speak with him as he was the man on stage signing papers. I then waited for the man he pointed out on stage to finish. The subject walked off the stage and began talking to other attendees and taking photos. I approached him and stated his name out loud. He made eye contact with me, extended his hand to accept the legal documents, and I handed him the papers accordingly. He took the papers in hand, and I stated, "You've been served." I then left.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Maxwell Cook**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:335202

