IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES;<br>MOHAMMED ABUOJAYLAH ALI ANBEES<br>FOR THE ESTATES OF ABUOJAYLAH ALI<br>MOHAMMED ANBEES, MOHANAD<br>ABUOJAYLAH ALI ANBEES, AND<br>HAMZA AMAR JUMMA BARBASH<br>Harir Street<br>Espiaa, Libya<br><br>                    Plaintiffs,<br><br>v.<br><br>KHALIFA HIFTER<br>Ar Rajmah, Libya,<br><br>SADDAM HIFTER<br>Ar Rajmah, Libya,<br><br>AND<br><br>PAVEL PRIGOZHIN<br>Individually and as administrator of the<br>Estate of Mr. Yevgeny Prigozhin<br>PMC Wagner Center<br>Saint Petersburg, Russia<br><br>                    Defendants. | CIVIL ACTION NO. 1:23-cv-02061 |

**PLAINTIFFS' STATUS REPORT**

This status report is prepared and submitted pursuant to the Court's Minute Order dated December 12, 2024, directing the Plaintiffs to file either proof of service or a status report describing efforts to serve the Defendants by June 20, 2025.

The Plaintiffs filed the original complaint on July 18, 2023, and subsequently filed a First Amended Complaint on August 1, 2024, to substitute one of the Defendants following his death.

1

A Second Amended Complaint was filed on April 29, 2025, to add a third Defendant, Saddam Hifter.

Since the last status report submitted on November 29, 2024, the Plaintiffs have successfully effected service on one of the three Defendants, Saddam Hifter, on April 29, 2025. The Plaintiffs have not yet completed service on the remaining two Defendants, Khalifa Hifter and Pavel Prigozhin, primarily due to the sensitive nature of the case.

The Plaintiffs have been actively seeking local counsel and process servers to carry out service in the countries of residence of the remaining two Defendants, Libya and Russia, respectively. These efforts have been significantly hindered by repeated refusals from prospective counsel and servers, who have cited grave concerns for their personal safety if they were to engage in this matter. As the Court may appreciate, both remaining Defendants are highly influential in their respective countries: Defendant Khalifa Hifter is a military commander who controls substantial territory in Libya; and Defendant Pavel Prigozhin is affiliated with the Russian private military company, the Wagner Group.

The Plaintiffs are exploring service methods that comply with applicable local laws in Libya and Russia. Additionally, Plaintiffs are in contact with counsel representing one of the Defendants in other pending cases, in an effort to secure an agreement to accept service on that Defendant's behalf. Should these efforts prove unsuccessful, Plaintiffs anticipate seeking leave of Court to effect service by alternative means.

Accordingly, Plaintiffs respectfully request an extension of the deadline to serve the remaining two Defendants to September 30, 2025.

Dated: June 30, 2025                                         Respectfully submitted,

*/s/Anas Bhairi*
Anas A. Bhairi
D.C. Bar No. 1614819
Libyan American Alliance
1800 K St NW
Washington, DC 20006
(202) 793-7977
anas.bhairi@spectra.law

Counsel for Plaintiffs
