IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES;<br>MOHAMMED ABUOJAYLAH ALI ANBEES<br>FOR THE ESTATES OF ABUOJAYLAH ALI<br>MOHAMMED ANBEES, MOHANAD<br>ABUOJAYLAH ALI ANBEES, AND<br>HAMZA AMAR JUMMA BARBASH<br>Harir Street<br>Espiaa, Libya<br><br>                    Plaintiffs,<br><br>v.<br><br>KHALIFA HIFTER<br>Ar Rajmah, Libya,<br><br>SADDAM HIFTER<br>Ar Rajmah, Libya,<br><br>AND<br><br>PAVEL PRIGOZHIN<br>Individually and as administrator of the<br>Estate of Mr. Yevgeny Prigozhin<br>PMC Wagner Center<br>Saint Petersburg, Russia<br><br>                    Defendants. | CIVIL ACTION NO. 1:23-cv-02061<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS** |

## MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS

Plaintiffs Mohammed Abuojaylah Ali Anbees, Mohammed Abuojaylah Ali Anbees for the Estates of Abuojaylah Ali Mohammed Anbees, Mohanad Abuojaylah Ali Anbees, and Hamza Amar Jumma Barbash ("Plaintiffs") respectfully request that the Court issue an Order permitting Plaintiffs to serve Khalifa Hifter and Pavel Prigozhin (the "Alternative Service Defendants") by alternative means pursuant to Rule 4(f)(3). It is notable that Saddam Hifter was served while in

1

Washington, DC on April 29, 2025.

Plaintiffs attempted to effectuate service on the Alternative Service Defendants in this action pursuant to Fed. R. Civ. P. 4(f)(2)(A), but such attempts were unsuccessful as to the Alternative Service Defendants. In light of the circumstances described in the accompanying Memorandum, Plaintiffs believe this Court's intervention is warranted. Plaintiffs now move for leave to serve process by alternative means, pursuant to Fed. R. Civ. P. 4(f)(3), on the Alternative Service Defendants. In support of this Motion, Plaintiffs submit the attached Memorandum and exhibits.

Dated: September 30, 2025

Respectfully submitted,

*/s/Anas Bhairi*
Anas A. Bhairi
D.C. Bar No. 1614819
Libyan American Alliance
1800 K St NW
Washington, DC 20006
(202) 793-7977
anas.bhairi@spectra.law

Attorney for Plaintiffs