IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES;) <br> MOHAMMED ABUOJAYLAH ALI ANBEES ) <br> FOR THE ESTATES OF ABUOJAYLAH ALI ) <br> MOHAMMED ANBEES, MOHANAD         ) <br> ABUOJAYLAH ALI ANBEES, AND          ) <br> HAMZA AMAR JUMMA BARBASH        ) <br> Harir Street                                            ) <br> Espiaa, Libya                                          ) <br>                                                                ) <br>                    Plaintiffs,                       ) <br>                                                                ) <br> v.                                                             ) <br>                                                                ) <br> KHALIFA HIFTER                                  ) <br> Ar Rajmah, Libya,                                 ) <br>                                                                ) <br> SADDAM HIFTER                                  ) <br> Ar Rajmah, Libya,                                 ) <br>                                                                ) <br> AND                                                       ) <br>                                                                ) <br> PAVEL PRIGOZHIN                              ) <br> Individually and as administrator of the  ) <br> Estate of Mr. Yevgeny Prigozhin          ) <br> PMC Wagner Center                             ) <br> Saint Petersburg, Russia                      ) <br>                                                                ) <br>                    Defendants.                    ) <br>                                                                ) | CIVIL ACTION NO. 1:23-cv-02061 <br><br><br><br><br><br><br><br><br><br> **DECLARATION OF PLAINTIFFS** <br> **IN SUPPORT OF MOTION** <br> **FOR ALTERNATIVE SERVICE** |

## **DECLARATION OF PLAINTIFFS**

I, Mohammed Abuojaylah Ali Anbees, declare as follows under penalty of perjury:

1. I make this declaration on own behalf and in my capacity as representative of the estates of each of Plaintiffs Abuojaylah Ali Mohammed Anbees, Mohanad Abuojaylah Ali Anbees, and Hamza Amar Jumma Barbash in this action.

2. I represent all plaintiffs in this action.

1

3. On April 29, 2025, Defendant Saddam Hifter was served with process.

4. I attempted to serve Defendant Khalifa Hifter through his known counsel, who refused to accept service.

5. I also contacted several legal professionals in Libya and Russia regarding service on Hifter and Prigozhin, but none were willing to assist due to safety concerns.

6. Despite good faith efforts, service through conventional means has been unsuccessful. I request leave to serve the defendants by alternative means as detailed in the motion.

Executed on: September 27, 2025

_____محمد أبوجيلة على أنبيس_____
Mohammed Abuojaylah Ali Anbees