IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES, *et al.* ) ) Plaintiffs, ) ) v. ) ) KHALIFA HIFTER, *et al.* ) ) Defendants. ) ) | CIVIL ACTION NO. 1:23-cv-02061 **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS** |

### ORDER

It is hereby **ORDERED** that Plaintiffs' Motion for Leave to Serve Process by Alternative Means, ECF No. [], is hereby **GRANTED**. Plaintiffs have leave to serve Defendants Khalifa Hifter and Pavel Prigozhin by alternative means.

Accordingly, Plaintiffs shall serve Defendant Khalifa Hifter by publication of the summons once a week for a period of three consecutive weeks in The New York Times International Edition and Libya Al-Ahrar. Plaintiffs shall serve Defendant Pavel Prigozhin by publication of the summons once a week for a period of three consecutive weeks in The New York Times International Edition and Novaya Gazeta.

Date: _____
Time: _____

_____
Amir H. Ali
United States District Judge