IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES;<br>MOHAMMED ABUOJAYLAH ALI ANBEES<br>FOR THE ESTATES OF ABUOJAYLAH ALI<br>MOHAMMED ANBEES, MOHANAD<br>ABUOJAYLAH ALI ANBEES, AND<br>HAMZA AMAR JUMMA BARBASH<br>Harir Street<br>Espiaa, Libya<br><br>      Plaintiffs,<br><br>v.<br><br>KHALIFA HIFTER<br>Ar Rajmah, Libya,<br><br>SADDAM HIFTER<br>Ar Rajmah, Libya,<br><br>AND<br><br>PAVEL PRIGOZHIN<br>Individually and as administrator of the<br>Estate of Mr. Yevgeny Prigozhin<br>PMC Wagner Center<br>Saint Petersburg, Russia<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:23-cv-02061<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' STATUS REPORT**

  Plaintiffs respectfully submit this status update pursuant to the Court's November 3, 2025 Minute Order denying without prejudice Plaintiffs' Motion for Leave to Serve Process by Alternative Means under Federal Rule of Civil Procedure 4(f)(3) and the Court's December 3, 2025 Minute Order instructing Plaintiffs to file a status report updating the Court on their efforts to serve Defendants.

1

As the Court is aware, two Defendants remain unserved: Khalifa Hifter, who resides in Libya, and Pavel Prigozhin, who resides in Russia. Service on each of these individuals presents distinct and complex challenges, as they are located in different countries, subject to separate legal systems, diplomatic barriers, and regional conditions that affect the feasibility of traditional service.

In response to the Court's order, Plaintiffs are actively working to gather and prepare the necessary evidentiary support to file a renewed motion for alternative service that will satisfy the standards articulated in *Moriarty v. Hashemite Kingdom of Jordan*, No. 18-cv-2649, 2024 WL 3010850 (D.D.C. June 14, 2024). Plaintiffs are also continuing to evaluate and pursue any other legally permissible means of service, recognizing that such method may require engagement with different legal and logistical regimes in Libya and Russia, respectively.

Given the upcoming holidays, the complexities associated with service in multiple foreign jurisdictions, and Plaintiffs' continued diligence in pursuing various permissible avenues of service, Plaintiffs respectfully request that the Court set a deadline of June 30, 2026, by which Plaintiffs shall either submit a status report or file a renewed motion under Rule 4(f)(3) accompanied by a supporting evidentiary record demonstrating that the proposed alternative method of service is reasonably calculated to provide notice to the remaining Defendants.

Dated: December 10, 2025                              Respectfully submitted,

                                                      */s/Anas Bhairi*
                                                      Anas A. Bhairi
                                                      D.C. Bar No. 1614819
                                                      Libyan American Alliance
                                                      1800 K St NW
                                                      Washington, DC 20006
                                                      (202) 793-7977
                                                      anas.bhairi@spectra.law
                                                      Counsel for Plaintiffs