AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Mohammed Abuojaylah Ali Anbees, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-02061-AHA |
| Khalifa Hifter, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abuojaylah Ali Mohammed Anbees, Hamza Amar Jumma Barbash, Mohammed Abuojaylah Ali Anbees,      .
and Mohanad Abuojaylah Ali Anbees.

Date:      04/13/2026

/s/Abdel-Rahman Hamed
*Attorney's signature*

Abdel-Rahman Hamed (DC Bar No. 1632130)
*Printed name and bar number*

Hamed PLLC
1215 31st St, NW # 25085
Washington, D.C. 20027

*Address*

advocates@hamedlaw.com
*E-mail address*

(202) 888-8846
*Telephone number*

*FAX number*