## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMED ABUOJAYLAH ALI ANBEES**, *et al.*,<br><br>     *Plaintiffs,*<br><br>v.<br><br>**KHALIFA HIFTER**, *et al.*,<br><br>     *Defendants.* | Case No. 1:23-cv-02061-AHA<br><br><br>Hon. Amir H. Ali |

### PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT
### AGAINST DEFENDANT SADDAM HIFTER

Plaintiffs Mohammed Abuojaylah Ali Anbees, *et al.* respectfully request the Clerk of Court to enter the default of Defendant Saddam Hifter under Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1. Defendant Saddam Hifter was personally served with the Summons and Second Amended Complaint on April 29, 2025. *See* Declaration of Omar Tabuni; Doc. 15. His answer or other responsive pleading was due no later than May 20, 2025. As of the date of this filing, Defendant Saddam Hifter has failed to plead or otherwise defend this action. Accordingly, the Clerk must enter his default under Rule 55(a).

Respectfully submitted,

  */s/ Abdel-Rahman Hamed*
ABDEL-RAHMAN HAMED, ESQ.
DC Bar No. 1632130
**Hamed Law**
P.O. Box 25085
Washington, D.C. 20027

(202) 888-8846

Advocates@HamedLaw.com

*Attorney for Plaintiffs*