## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMED ABUOJAYLAH ALI ANBEES**, *et al.*, <br><br>               *Plaintiffs,* <br><br>     v. <br><br> **KHALIFA HIFTER**, *et al.*, <br><br>               *Defendants.* | Case No.  1:23-cv-02061-AHA <br><br> HON. AMIR H. ALI |

### [PROPOSED] CLERK'S ENTRY OF DEFAULT
### AGAINST DEFENDANT SADDAM HIFTER

It appearing from the records of this Court that Defendant Saddam Hifter was served with the Summons and Second Amended Complaint on April 29, 2025 (ECF No. 15); that Defendant Saddam Hifter's answer or other responsive pleading was due no later than May 20, 2025; and that Defendant Saddam Hifter has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

**DEFAULT IS HEREBY ENTERED** against Defendant Saddam Hifter in the above-captioned action under Federal Rule of Civil Procedure 55(a).


ANGELA D. CAESAR, CLERK OF COURT


_____
Deputy Clerk


_____
Date