## UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Mohammed Abuojaylah Ali Anbees, *et al.*<br>Plaintiff<br>   v.<br>Khalifa Hifter, *et al.*<br>Defendant | Case No. 1:23-cv-02061-AHA |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

  I am admitted to practice in this court, and I appear in this case as counsel for Defendant Saddam Hifter (Special Appearance — Without Submission to Jurisdiction)

  This appearance is entered for the limited purpose of opposing Plaintiffs' Request for Clerk's Entry of Default (ECF No. 21) and preserving all available defenses. This appearance is made without submitting to the jurisdiction of this Court and without waiving any defense available under Federal Rule of Civil Procedure 12(b) or otherwise, including but not limited to lack of personal jurisdiction under Rule 12(b)(2), insufficient service of process under Rule 12(b)(5), failure to state a claim under Rule 12(b)(6), and lack of standing.

Date: 04/14/2026

         Timothy Parlatore
         Parlatore Law Group, LLP
         260 Madison Ave., 17th Floor
         New York, New York 10016
         timothy.parlatore@parlatorelawgroup.com
         212-679-6312

1