I, **MAXWELL COOK**, declare the following under penalty of perjury under the laws of the United States of America:

1.  On April 29, 2025, I was working as a process server intern with Same Day Process Service, Inc., based in Washington D.C.

2.  On that day, at approximately 2:23, I attended a conference being held at the Ritz-Carlton, 1150 23rd Street, NW, Washington D.C. I was there to serve a copy of a Summons in a Civil Action; Second Amended Complaint in *Anbees, et al. v. Khalifa Hifter, et al.* My intention was to serve these documents on the defendant named Saddam Hifter.

3.  I served them on a man I believed at the time to be Saddam Hifter, and I executed a proof of service affidavit reflecting these events.

4.  Below are photographs of the man I served, which appear to depict him at the Ritz-Carlton event where I served him. I did not take these photos, but I recognize him. In the third photo (a group photo), he is the gentleman in the center with a tie, a buttoned jacket, and with his arms to his sides; he is standing on the stage where I saw him, as reported in my proof of service:



Page 1 of 2

Initials: _MC_



I, **MAXWELL COOK**, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2025

Signed: 

Maxwell Cook

Initials: MC