UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABUOJAYLAH ALI
ANBEES, *et al.*,

                Plaintiffs,

      v.

KHALIFA HIFTER, *et al.*,

              Defendants.

Case No. 1:23-cv-02061-AHA

## ORDER

Upon consideration of Plaintiffs' Request for Clerk's Entry of Default Against

Defendant Saddam Hifter [ECF No. 21], Defendant's Opposition thereto [ECF No. 23], and the

entire record herein, the Court finds that Plaintiffs have not established that Defendant Saddam

Hifter was properly served with the Summons and Second Amended Complaint. It is therefore

ORDERED that Plaintiffs' Request for Clerk's Entry of Default Against Defendant

Saddam Hifter [ECF No. 21] is DENIED.

SO ORDERED.

Date: _____

_____
AMIR H. ALI
United States District Judge

1