# Anbees, et al. v. Hifter, et al., 23 cv 02061-AHA

From    Jason Masimore <jason.masimore@Brodbeckslaw.com>

To      Ali_Chambers@dcd.uscourts.gov, Advocates@HamedLaw.com

CC      Timothy Parlatore, Esq.<timothy.parlatore@parlatorelawgroup.com>

Date    Tuesday, April 14th, 2026 at 10:37 AM

Dear Chambers –

We write to notify the Court and opposing counsel that we intend to file a submission by ECF today in opposition to plaintiffs' request for clerk's entry of default against defendant Saddam Hifter, filed last night (Dkt. 21).  Timothy Parlatore of Parlatore Law Group (copied here) is admitted in this district and will file; I expect a pro hac motion will follow for me (admitted in NY) in due course.

Respectfully submitted,

Jason Masimore

# BRODBECKS LAW, PLLC

305 BROADWAY, 7 H FLOOR

NEW YORK, NEW YORK 10007

CELL/ S GNAL/WHATSAPP: +1 347 804 1093

WEBS TE: [BRODBECKSLAW.COM](http://BRODBECKSLAW.COM)