UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KHALIFA HIFTER, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-02061-AHA |

## ORDER

Upon consideration of Plaintiffs' Request for Clerk's Entry of Default Against Defendant Saddam Hifter [ECF No. 21], Defendant's Opposition thereto [ECF No. 23], Plaintiffs' Reply [ECF No. 25], Defendant's Response [ECF No. [__]], and the entire record herein, it is hereby

ORDERED that Plaintiffs' Request for Clerk's Entry of Default Against Defendant Saddam Hifter [ECF No. 21] is DENIED. The Court finds that Plaintiffs have not established that Defendant Saddam Hifter was properly served with the Summons and Second Amended Complaint; and it is further

ORDERED that Plaintiffs' request for authorization to serve Defendant Saddam Hifter through counsel under Federal Rule of Civil Procedure 4(f)(3) [ECF No. 25 at 10-12] is DENIED. The request was not raised by formal motion as required by Rule 7(b)(1) and was not accompanied by a proposed order or supporting evidence; and it is further

ORDERED that Defendant Saddam Hifter's waiver of service of the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 4(d) is ACCEPTED. Consistent with Rule 4(d)(5), this waiver does not waive any objection to personal jurisdiction or to venue, nor any other defense available under Rule 12(b) or otherwise; and it is further

1

ORDERED that Defendant Saddam Hifter shall be deemed served as of the date of this Order; and it is further

ORDERED that the following briefing schedule shall govern Defendant Saddam Hifter's responsive pleading or motion:

(a) Defendant Saddam Hifter's motion to dismiss or other responsive pleading shall be filed no later than [_____] [90 days from date of order];

(b) Plaintiffs' opposition, if any, shall be filed no later than [_____] [45 days after motion];

(c) Defendant's reply, if any, shall be filed no later than [_____] [21 days after opposition].

SO ORDERED.

Date: [_____]

[_____]
AMIR H. ALI
United States District Judge

2