**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOHAMMED ABUOJAYLAH ALI ANBEES; MOHAMMED ABUOJAYLAH ALI ANBEES FOR THE ESTATES OF ABUOJAYLAH ALI MOHAMMED ANBEES, MOHANAD ABUOJAYLAH ALI ANBEES, AND HAMZA AMAR JUMMA BARBASH | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 1:23-cv-02061 |
| KHALIFA HIFTER | ) | |
| SADDAM HIFTER | ) | |
| AND | ) | |
| PAVEL PRIGOZHIN | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), please take notice of the withdrawal of appearance of Anas Bhairi as counsel for Plaintiffs in the above captioned matter. Mr. Abdel-Rahman Hamed of Hamed Law will continue to represent Plaintiffs in this matter..

Dated: August 29, 2026

Respectfully submitted,

*/s/Anas Bhairi*

Anas A. Bhairi
D.C. Bar No. 1614819
1800 K St NW
Washington, DC 20006
(202) 793-7977
anas.bhairi@spectra.law

*Counsel for Plaintiffs*