**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED ABUOJAYLAH ALI ANBEES**, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>**KHALIFA HIFTER**, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-02061-AHA<br><br>HON. AMIR H. ALI |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAVEL PRIGOZHIN**

Plaintiffs provide notice of their voluntary dismissal without prejudice of Defendant Pavel Prigozhin under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

After extensive research and investigation, Plaintiffs have been unable to identify a viable method to effectuate service on Defendant Pavel Prigozhin in compliance with Federal Rule of Civil Procedure 4(f). *See* Doc. 20 at 5-6 (detailing potential methods of service that Plaintiffs were exploring).

Serving individuals who reside in restricted or adversarial jurisdictions—particularly individuals associated with sanctioned entities or leadership within Russian Federation—presents insurmountable hurdles. These include a complete lack of international judicial cooperation, the systematic blocking of traditional channels such as the Hague Service Convention, and the Defendant's hidden physical location. Consequently, compliance with Rule 4(f) is impossible at this time, necessitating this voluntary dismissal without prejudice to Plaintiffs' right to re-file should circumstances change.

Submitted by,

_____*/s/Abdel-Rahman Hamed*_____
ABDEL-RAHMAN HAMED, ESQ.
DC Bar No. 1632130
**Hamed Law**
P.O. Box 25085
Washington, D.C. 20027

(202) 888-8846

Advocates@HamedLaw.com

*Attorney for Plaintiffs*