UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABUOJAYLAH ALI ANBEES, *et al.*,

Plaintiffs,

v.

KHALIFA HIFTER, *et al.*,

Defendants.

**DECLARATION OF SADDAM HAFTAR IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Case No. 1:23-cv-02061-AHA
Judge Amir H. Ali

I, **SADDAM HAFTAR**, declare as follows:

1. I am the defendant named as "Saddam Hifter" in the Second Amended Complaint in this action. I am over the age of eighteen and competent to make this Declaration. I make this Declaration of my own personal knowledge and, if called as a witness, could testify competently to the matters stated herein. I make this Declaration in support of my motion to dismiss the Second Amended Complaint for lack of personal jurisdiction, and for no other purpose. By making this Declaration, I do not consent to the jurisdiction of this Court or waive any defense available to me under Federal Rule of Civil Procedure 12(b), or otherwise.

2. I was born on [redacted], 1987, in Tobruk, Libya. I was not born in the United States or in any State, territory, possession, or other place subject to the jurisdiction of the United States.

3. I am a citizen of the State of Libya. I hold a Libyan passport, a true and correct copy of which is attached hereto as Exhibit A. I also hold a diplomatic passport issued by the State of Libya, attached hereto as Exhibit B. My passports have been issued in the name transliterated from Arabic as "Sadam KH Balksem Omer." I am the same individual named as "Saddam Hifter" in the Second Amended Complaint; "Haftar" was my original surname.

4. I am not a citizen of the United States, and I have never been a citizen or national of the United States at any time in my life.

5. I have never been naturalized as a citizen of the United States. I have never applied for naturalization, never filed any application or petition for United States citizenship or nationality, and never taken an oath of allegiance to the United States.

6. I have never applied for, been issued, or possessed a United States passport.

7. I have never applied for, been issued, or possessed a Consular Report of Birth Abroad, a Certificate of Citizenship, a Certificate of Naturalization, or any other document issued by the United States reflecting or conferring United States citizenship or nationality. No such document has ever been issued or applied for on my behalf.

8. I have never claimed to be a citizen or national of the United States on any application, form, or submission to any government, agency, court, employer, or other person or entity.

9. I have never held lawful permanent resident status in the United States, and I have never been issued a United States Permanent Residence Card ("green card").

10. I have never registered to vote, voted, or sought to vote in any election in the United States. I have never held a United States Social Security number.

11. I have never resided or been domiciled in the United States. At all times relevant to this action, and at present, my domicile and permanent residence has been in Libya. I currently reside in Benghazi, Libya.

12. I have not acquired United States citizenship by birth, by naturalization, by derivation through any parent, or by any other means.

13. I have prepared this declaration with the assistance of my attorney. A translator has read back to me every statement in this declaration. I have understood and reviewed every statement for accuracy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _November 01_, 2026, at __Benghazi___, Libya.

______________________________
Saddam Haftar

# EXHIBIT A – Libyan Passport

جواز سفر
PASSPORT

STATE OF LIBYA دولة ليبيا

Type نوع الجواز
P

Country Code رمز الدولة
LBY

Passport No. [redacted]

2. الاسم بالكامل
صدام خليفه بالقاسم



1. Surname
OMER

2. Given Names
SADAM KH BALKSEM

3. Date of Birth [redacted]
[redacted] 02 1987

4. Sex 4. الجنس
M ذكر

[redacted]



5. Place of Birth
TUBRUQ

6. Date of Issue 6. تاريخ الاصدار
08 04 2024

7. Nationality 7. الجنسية
Libyan ليبي

8. Date of Expiry 8. تاريخ الانتهاء
07 04 2032

9. Signature of Bearer 9. توقيع حامله

10. Issuing Place 10. مكان الاصدار
BENGHAZI بنغازي

P<LBYOMER<<SADAM<KH<BALKSEM<<<<<<<<<<<<<<<<<

[redacted]<<<<<<<<<<<<<<<0

# Exhibit B – Diplomatic Libyan Passport



STATE OF LIBYA دولة ليبيا

جواز سفر دبلوماسي
DIPLOMATIC PASSPORT

| Type/ نوع الجواز | Country Code/ رمز الدولة | Passport No./ [redacted] |
|---|---|---|
| PD | LBY | [redacted] |

LBY

| Surname/ اللقب | Given Name/ الاسم بالكامل |
|---|---|
| عمر | صدام خليفه بالقاسم |
| OMER | SADAM KH BALKSEM |

| Nationality/ الجنسية | | Sex / الجنس | Date of Birth/ [redacted] | Place of Birth/ مكان الميلاد | |
|---|---|---|---|---|---|
| LIBYAN | ليبي | M | [redacted]1987 | TOBRUK | طبرق |

| Date of Issue/ تاريخ الإصدار | Issuing Authority/ | جهة الإصدار |
|---|---|---|
| 05/05/2025 | MOFA | وزارة الخارجية |

Date of Expiry/ تاريخ الانتهاء

04/05/2030

Signature/ التوقيع

Title/ الصفة

مستشار بوزارة الدفاع

Counsellor of Ministry of Defense

P<LBYOMER<<SADAM<KH<BALKSEM<<<<<<<<<<<<<<<<<<

[redacted]<<<<<<<<<<<<<<<<<<<<[redacted]